the higher grades of English cars. To accept commercial success as a test of invention under such circumstances is therefore to subject the art to a monopoly upon faulty analysis. No doubt the wire wheel, as such, always had its advantages and its apostles, as it has to-day; but its adoption did not depend upon some key to unsolved difficulties of structure.

Finally, it appears fairly clear that Pugh originally thought his invention to lie substantially in the cross-lacing. He asserts that the invention especially relates to heavy-wheeled vehicles like motor omnibuses, with heavy broad tires. "The invention consists in a wire-spoked wheel, in which the rim is carried by two sets of spokes, and two or more sets of additional spokes are provided; said spokes being disposed at considerable inclination to the central plane of the wheel, so as to give lateral strength and rigidity to the wheel." This was "the invention" whose "further object" was subsequently asserted to be in allowing a lateral displacement of the plane of the wheel. I infer that Pugh thought the "dished" wheel an illustration, an example, an embodiment of his invention of cross-lacing, in which he apparently thought himself the pioneer. The patent does not suggest, in spite of the "dishing" claims, that he supposed it would be invention to apply the cross-lacing, if old, to the "dished" wheel of his earlier patent. Yet those claims, as it now transpires, have only that on which to stand. It can hardly serve him that he later tried to limit his British patent to its "dished" wheel application, possibly through his discovery of Sharp. His original intent is disclosed by his original specification.

I conclude that the claim in suit is void for noninvention, and the bill will be dismissed.

---

WIRE WHEEL CORPORATION OF AMERICA v. C. T. SILVER, Inc.

(Circuit Court of Appeals, Second Circuit.   May 12, 1920.)

No. 213.

Appeal from the District Court of the United States for the Southern District of New York.

Suit by the Wire Wheel Corporation of America against C. T. Silver, Incorporated. Decree for defendant (266 Fed. 221), and plaintiff appeals. Affirmed.

F. P. Davis, of Chicago, Ill., for appellant.
O. W. Jeffrey, of New York City, for appellee.

Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Decree affirmed.